UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SIEGRIST BUILDERS, INC., an Illinois Corporation; CHRISTIAN COUNTY INTEGRATED COMMUNITY SERVICES, an Illinois General Not-For-Profit Corporation; SARA KNOTT and ASHLEY BURNETT,<br>   Plaintiffs,<br><br>-vs-<br><br>CITY OF TAYLORVILLE, ILLINOIS,<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No.: 3:13-cv-03089-SEM-BGC |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, pursuant to Federal Rule 41, hereby stipulate and agree that the above entitled action should be dismissed with prejudice, all parties to pay their own costs.

SIEGRIST BUILDERS, INC., an Illinois Corporation; CHRISTIAN COUNTY INTEGRATED COMMUNITY SERVICES, an Illinois General Not-For-Profit Corporation; SARA KNOTT and ASHLEY BURNETT, Plaintiffs,

By: /s/Edward T. Graham, Jr.
 Edward T. Graham
 Beavers, Graham & Calvert

CITY OF TAYLORVILLE, Defendant

By: /s/Howard W. Small
 Howard W. Small
 Law Office of Small & Freeman, Ltd.

LAW OFFICE OF SMALL & FREEMAN, LTD.
41 East University Avenue, Suite 3D
Post Office Box 1337
Champaign, IL 61824-1337
Phone: 217.954.0635
Fax: 217.954.0659
hws@smallandfreemanlaw.com

1

CITY OF TAYLORVILLE, ILLINOIS,
Defendant

s/   **Howard W. Small**

Howard W. Small, Illinois Bar No.: 2636271
Attorney for Defendant City of Taylorville, Illinois
Law Office of Small & Freeman, Ltd.
41 East University Avenue, Suite 3D, P.O. Box 1337
Champaign, IL 61824-1337
Telephone: (217) 954.0635
Facsimile: (217) 954.0659
E-mail: hws@smallandfreemanlaw.com

**Designation of lead counsel: Pursuant to Local Rule 11.2, Howard W. Small is hereby designated as lead counsel responsible for receipt of telephone conference calls and other necessary communications from the Court.**

CERTIFICATE OF SERVICE

I hereby certify that on  07/08/13, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward T. Graham, Jr., Esq., Beavers, Graham & Calvert, etg@beaversandgraham.com
Stanley N. Wasser, Esq., Feldman, Wasser, Draper & Cox, swasser@feldman-wasser.com

s/   **Howard W. Small**

Howard W. Small, Illinois Bar No.: 2636271
Attorney for Defendant City of Taylorville, Illinois
Law Office of Small & Freeman, Ltd.
41 East University Avenue, Suite 3D, P.O. Box 1337
Champaign, IL 61824-1337
Telephone: (217) 954.0635
Facsimile: (217) 954.0659
E-mail: hws@smallandfreemanlaw.com